■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES R. JORDAN, Appellant.— Motion by appellant to vacate order dated October 16, 1959, dismissing his appeal from a judgment of conviction, granted; order vacated. Motion by appellant for assignment of counsel granted. Arnold D. Roseman, Esq., 405 Lexington Ave., New York, N. Y., is assigned as counsel to prosecute the appeal. Appellant's time to perfect the appeal is enlarged to the May Term, beginning April 23, 1962; appeal ordered on the calendar for said term. Motion by appellant to dispense with printing denied. Since defendant was found guilty of murder in the first degree and was sentenced to life imprisonment, as the jury recommended, he is entitled to the benefit of the provisions of subdivision 8 of section 485 of the Code of Criminal Procedure. Beldock, Acting P. J., Ughetta, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN J. LAWLOR, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged to the April Term, beginning March 26, 1962; appeal ordered on the calendar for said term. Motion for assignment of counsel granted. J. Kevin Meneilly, Esq., 227–08 Linden Blvd., Cambria Heights, N. Y., is assigned as counsel to prosecute the appeal. Beldock, Acting P. J., Ughetta, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EUGENE LLOYD, Appellant.— Motion by appellant for an order directing that a copy of all of the papers on file, a copy of the minutes of hearings, etc., be furnished to him. Motion denied. Beldock, Acting P. J., Ughetta, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR WILSON, Appellant.— Motion by appellant for assignment of counsel granted. George J. Regan, Esq., 8–07 — 149th St., Whitestone 57, N. Y., is assigned as counsel to prosecute the appeal. Appellant's time to perfect the appeal is enlarged to the April Term, beginning March 26, 1962; appeal ordered on the calendar for said term. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.